```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS KLASSY
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) NO. CR. S-05-0503 MCE
                                  )
12             Plaintiff,         )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14  THOMAS KLASSY,                ) Date: December 8, 2005
                                  ) Time: 2:00 p.m.
15             Defendant.         ) Judge: Dale A. Drozd
                                  )
16  _____ )

17
```

18         THOMAS KLASSY, by and through his counsel, Caro Marks, Assistant
19  Federal Defender, and the United States Government, by and through its
20  counsel, Matthew Stegman, Assistant United States Attorney, hereby
21  stipulate and agree to vacate the previously scheduled status
22  conference date of November 23, 2005 and set a new status conference
23  date of December 8, 2005 at 2:00 p.m..
24         This continuance is necessary to allow the defense additional pre-
25  indictment time to interview witnesses in this state and elsewhere, and
26  to confer with the Defendant about possible trial defenses.
27         IT IS STIPULATED that the period from November 23, 2005 through
28  December 8, 2005 be excluded in computing the time within which trial

1 must commence under the Speedy Trial Act, pursuant to
2 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
3 preparation of counsel. The government fully concurs with this request.
4
5                                    Respectfully submitted,
6                                    QUIN DENVIR
                                     Federal Defender
7
8
                                     /s/ Caro Marks
9                                    _____
                                     CARO MARKS
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   THOMAS KLASSY
12
Dated: November 18, 2005
13
                                     MCGREGOR SCOTT
14                                   United States Attorney
15
                                     /s/ Matthew Stegman
16                                   _____
                                     MATTHEW STEGMAN
17                                   Assistant U.S. Attorney
18
19                            **ORDER**
20 **IT IS SO ORDERED.**
21 DATED: November 17, 2005.
22
23                          _____
                            DALE A. DROZD
24                          UNITED STATES MAGISTRATE JUDGE
25
26
27 Ddad1/orders.criminal/klassy0503.stip&ord
28

2