```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS KLASSY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br> THOMAS KLASSY,                )<br>                              )<br>           Defendant.         )<br> _____) | No.2:05-cr-0503-MCE<br><br>**AMENDED**<br>STIPULATION AND ORDER TO CONTINUE<br>TRIAL CONFIRMATION HEARING AND<br>TRIAL<br><br><br>Date:  May 2, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England |

THOMAS KLASSY, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Trial Confirmation Hearing date and 404(b) hearing of February 27, 2007 and the Jury Trial date of March 21, 2007 and set a new Trial Confirmation Hearing date of May 2, 2007, and a new Jury Trial date of May 16, 2007.

This continuance is necessary because a percipient witness has recently moved back to the United States from Rumania, and the defense needs time to interview her. Additionally, the defense has recently

1  requested some additional discovery from the government, which it
2  intends to provide forthwith. The defendant needs time to review the
3  new discovery. Finally, the parties have commenced plea negotiations
4  and there are several guidelines issues which require research before
5  the parties can conclude their discussions.

6  The parties stipulate that the Court should exclude time under the
7  Speedy Trial Act as follows: the period from the signing of this Order
8  up to and including May 16, 2007, shall be excluded in computing the
9  time within which trial must commence under the Speedy Trial Act,
10 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
11 ongoing preparation of counsel. Both parties agree on this speedy trial
12 time exclusion.

Dated:   February 22, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
THOMAS KLASSY

Dated: February 22, 2007

MCGREGOR SCOTT
United States Attorney


/s/ Matthew Stegman

MATTHEW STEGMAN
Assistant U.S. Attorney

-2-

**ORDER**

The Trial Confirmation and 404(b) hearings of February 27, 2007, are hereby **VACATED**. The jury trial date of March 21, 2007, is hereby **VACATED**. The Trial Confirmation and 404(b) hearings are continued to May 1, 2007 at 8:30 a.m. Jury trial shall commence May 16, 2007 at 09:00 a.m. The period from the signing of this Order up to and including May 16, 2007, shall be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE