```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS KLASSY
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. 2:05-cr-00503-MCE
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  THOMAS KLASSY,               ) Date:  April 14, 2008
                                 ) Time:  9:00 a.m.
15              Defendant.       ) Judge: Morrison C. England
                                 )
16  _____ )

17
```

18      THOMAS KLASSY, by and through his counsel, Daniel J. Broderick,
19 Federal Defender, and Caro Marks, Assistant Federal Defender, and the
20 United States Government, by and through its counsel, Matthew Stegman,
21 Assistant United States Attorney, hereby stipulate and agree to vacate
22 the previously scheduled Jury Trial Date of April 7, 2008, and set a
23 new Jury Trial Date of April 14, 2008 at 9:00 a.m.

24      The parties further stipulate that trial briefs, proposed jury
25 instructions, witness and exhibit lists, and proposed voir dire are to
26 be filed by April 7, 2008;  motions in limine are to be filed by April
27 4, 2008, and oppositions by April 7, 2008; and motions in limine will
28 be heard at 9:00 a.m. on April 14, 2008, in Courtroom **7.**

1 | The government will be releasing to the defense audio exhibits to
2 | be used at trial as well as proposed evidentiary stipulations.  This
3 | continuance will permit the defense additional time needed to review
4 | these exhibits and stipulations and to confer with the Defendant about
5 | this evidence.
6 | IT IS STIPULATED that the period from today, March 26, 2008,
7 | through April 14, 2008, be excluded in computing the time within which
8 | trial must commence under the Speedy Trial Act, pursuant to
9 | 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
10 | preparation of counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        THOMAS KLASSY

Dated: March 28, 2008

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: March 28, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2