DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS KLASSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:05-cr-00503-MCE |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| THOMAS KLASSY, | Date:  May 12, 2008 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Morrison C. England |

THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender, and Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the previously scheduled Jury Trial Date of April 14, 2008, and set a new Jury Trial Date of May 12, 2008 at 9:00 a.m.

The parties agree that all counsel need additional time to prepare the case for trial, and both parties agree to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

1     IT IS STIPULATED that the period from the signing of this order,
2 up to and including May 12, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
5 preparation of counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        THOMAS KLASSY

Dated: April 11, 2008

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

## ORDER

     IT IS SO ORDERED.  It is further ordered the April 14, 2008
Motions in Limine Hearing is vacated and continued to May 9, 2008 at
9:00 a.m. in Courtroom 7.

 Dated: April 11, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2