```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS KLASSY
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   NO. Cr-S-05-503 MCE
                                 )
12              Plaintiff,       )
                                 )   STIPULATION FOR RETURN OF
13      v.                       )   EXHIBIT 16 (AIRPLANE LOG
                                 )   BOOKS) TO CURRENT OWNER
14  THOMAS KLASSY,               )   AND ORDER
                                 )
15              Defendant.       )
                                 )
16  _____ )

17
```

18      THOMAS KLASSY, by and through his counsel, Daniel J. Broderick,
19  Federal Defender, and Caro Marks, Assistant Federal Defender, and the
20  United States Government, by and through its counsel, Matthew Stegman
21  and Russell Carlberg, Assistant United States Attorneys, hereby
22  stipulate and agree to the return of evidence consisting of airplane
23  log books and related items, marked at trial as Exhibit 16.
24      This exhibit, which includes airplane log books contained within a
25  three ring binder as well as an airplane key, and other miscelleneous
26  pieces of paper contained within the binder, was moved into evidence
27  during the jury trial.  All items of evidence are being held by the
28  parties who introduced them into evidence, as per stipulation and court

order.  However, since the current owner of the airplane is in need of these items, the parties have agreed to photocopy the documents and take photographs of the items that cannot be photocopied.  With the Court's approval, these copies and photographs will be retained by the government in lieu of Exhibit 16, and the original binder, logbooks, keys and miscellaneous papers will be turned over to the current owner of the airplane.

Respectfully submitted,

Dated:  October 27, 2008

/s/ DANIEL BRODERICK
_____
DANIEL BRODERICK
Federal Defender
Attorney for Defendant
THOMAS KLASSY

Dated:  October 27, 2008         MCGREGOR SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2