LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW STEGMAN
RUSSELL L. CARLBERG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS M. KLASSY,<br><br>        Defendant. | CASE NO. CR.S-05-503 MCE<br><br>STIPULATION AND ORDER TO FILE SUBSTITUTE TO DOCUMENT 127 (REDACTED OBJECTION TO PRESENTENCE REPORT) |

The parties, jointly request that the Court remove Document #127 from the clerk's record and file instead an identical document with the exception that a witness's date of birth and cellular telephone number have been redacted from Exhibit 1.

Dated: April 3, 2009                    Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                              By: /s/ Matthew Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney

///

///

///

1

Dated: April 3, 2009

DANIEL J. BRODERICK
Federal Defender

By: /s/ Matthew Stegman for
CARO MARKS
Assistant Federal Defender
Counsel for Defendant

ORDER

IT IS SO ORDERED.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE