DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KLASSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS KLASSY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 2:05-cr-00503-MCE <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING UNTIL MARCH 24, 2011 <br><br> Date:  March 24, 2011 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender and Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the currently scheduled date for a sentencing hearing on February 17, 2011, and schedule that hearing for March 24, 2011, at 9:00 a.m.

///

///

///

///

Mr. Klassy's counsel need additional time to meet with Mr. Klassy and to prepare and file a sentencing memorandum in this case.

Date:   February 11, 2011            Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender


                                     /s/ Caro Marks
                                     CARO MARKS
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     THOMAS KLASSY


Dated: February 11, 2011             BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Matthew Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2