DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KLASSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS KLASSY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:05-cr-00503-MCE <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING UNTIL APRIL 14, 2011 <br><br> Date:  April 14, 2011 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender and Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the currently scheduled date for a sentencing hearing on March 24, 2011, and schedule that hearing for April 14, 2011, at 9:00 a.m.

Mr. Klassy's counsel checked with the U.S. Marshal's Service and representatives at FCI Sheridan, Oregon, where Mr. Klassy is currently housed, and both indicated that they needed a writ and more time to make arrangements to transport Mr. Klassy to this district.

The Marshal's Service requested at least 4 weeks, because he is housed out of state.  Mr. Klassy's counsel is involved in an evidentiary hearing in a class action habeas case before Judge Karlton the week of April 4, 2011.  This court's next available calendar is April 14, 2011.  Mr. Klassy's counsel shall submit a writ today to the court, as well as a sentencing memorandum in advance of the resentencing date.

Date:  March 15, 2011                    Respectfully submitted,

                                                   DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorneys for Defendant
THOMAS KLASSY

Dated: March 15, 2011                    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2