```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KLASSY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>THOMAS KLASSY,<br><br>            Defendant.<br>_____ | NO. Cr-S-05-503 MCE<br><br>**DEFENDANT'S APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:  April 14, 2011<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

Defendant, THOMAS KLASSY, through counsel, hereby applies for a writ of habeas corpus ad testificandum, requiring the production of Mr. Klassy at the re-sentencing hearing now set in this matter for April 14, 2011.  Mr. Klassy has the right to be personally present.  Rule 43(a), Fed. R. Crim. P.  As the Advisory Committee Notes specify, a sentencing proceeding conducted on remand from the appellate court requires the defendant's presence.

///

///

///

///

1  Rule 43, Advisory Committee
2  Notes to 1998 Amendments.
3  Dated: March 4, 2011                    Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6
                                           /s/ Daniel J. Broderick for
7                                          CARO MARKS
                                           Assistant Federal Defender
8                                          Attorneys for Defendant
                                           THOMAS KLASSY
9

1  DANIEL BRODERICK Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   THOMAS KLASSY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  NO. Cr-S-05-503 MCE
                                )
12           Plaintiff,         )
                                )  **ORDER AND WRIT OF HABEAS CORPUS**
13      v.                      )  **AD TESTIFICANDUM**
                                )
14 THOMAS KLASSY,               )
                                )  Date: April 14, 2011
15           Defendant.         )  Time: 9:00 a.m.
                                )  Judge: Morrison C. England, Jr.
16 _____)

17      THOMAS KLASSY, Reg. No. 15798-097, defendant in proceedings in the
18 aforementioned case is confined at FCI Sheridan, 27072 Ballston Road,
19 Sheridan, Oregon, 97378, in the custody of the Warden; in order to
20 secure this prisoner's attendance it is necessary that a Writ of Habeas
21 Corpus ad Testificandum issue commanding the custodian to produce the
22 prisoner in Court, 14th Floor, Courtroom #7, United States Courthouse,
23 501 "I" Street, Sacramento, California on April 14,2011, at 9:00 a.m.
24 ///
25 ///
26 ///
27 ///
28 ///

1       ACCORDINGLY, IT IS ORDERED that:

2       1.  A Writ of Habeas Corpus Testificandum issue, under the seal of
3  this court, commanding the Warden to produce the prisoner named above
4  to testify in United States District Court at the time and place above,
5  and from day to day until completion of court proceedings or as ordered
6  by the court; and thereafter to return the prisoner to the above
7  institution;

8       2.  The custodian is ordered to notify the court of any change in
9  custody of this inmate and is ordered to provide the new custodian with
10 a copy of this writ; and

11      3.  The Clerk of the Court is directed to serve a courtesy copy of
12 this order and writ of habeas corpus ad testificandum on the United
13 States Marshals Service, 501 "I" Street, Sacramento, California, 95814.
14 The USM is directed to commence arrangements for the transportation of
15 the inmate, so that he may be housed at a local jail facility by
16 Tuesday, April 5, 2010, so that he is available for interviews with his
17 appointed counsel.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:   The Warden Of FCI Sheridan, 27072 Ballston Road, Sheridan, Oregon 97378:**

**WE COMMAND** you to produce the prisoner named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the prisoner to the above institution.

**FURTHER,** you have been ordered to notify the court of any change in custody of the prisoner and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE