```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  MONICA KNOX, Bar #84555
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    THOMAS KLASSY
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-cr-00503-MCE |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION AND ORDER CONTINUING |
| v. | ) SENTENCING HEARING UNTIL MAY 5, 2011 |
| THOMAS KLASSY, | ) |
| Defendant. | ) Date: May 5, 2011 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Morrison C. England, Jr. |

THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender and Monica Knox, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the currently scheduled date for a sentencing hearing on April 14, 2011, and schedule that hearing for May 5, 2011, at 9:00 a.m.

///

///

///

///

1  Mr. Klassy's counsel have been actively involved in an evidentiary hearing in a class action habeas case that was completed on April 6, 2011, and they need additional time to talk to Mr. Klassy, prepare and file a sentencing memo with the court, and discuss the resentencing with government counsel.

Date:  April 8, 2011                    Respectfully submitted,

                                        /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
                                        Federal Defender
                                        MONICA KNOX
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        THOMAS KLASSY

Dated: April 8, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: April 18, 2011

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2