DANIEL BRODERICK Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KLASSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS KLASSY,<br><br>　　　　　Defendant. | NO. Cr-S-05-503 MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING UNTIL MAY 26, 2011<br><br>Date:　May 26, 2011<br>Time:　9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender and Monica Knox, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the currently scheduled date for a sentencing hearing on May 5, 2011, and schedule that hearing for May 26, 2011, at 9:00 a.m.

　　Counsel for both parties have met and discussed information relating to Mr. Klassy's sentencing and the government has graciously agreed to permit Mr. Klassy's counsel to present a written proposal suggesting a non-contested resolution.

1  This additional time will permit the parties to further discuss a
2  possible resolution of this case.  If no agreed upon resolution can be
3  reached, Mr. Klassy's resentencing shall proceed as scheduled on May
4  26, 2011.

6  Date:  April 27, 2011                Respectfully submitted,

8                                       /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
                                        Federal Defender
9                                       MONICA KNOX
                                        Assistant Federal Defender
10                                      Attorneys for Defendant
                                        THOMAS KLASSY

12 Dated: April 27, 2011                BENJAMIN B. WAGNER
                                        United States Attorney

14                                      /s/ Matthew Stegman
                                        MATTHEW STEGMAN
15                                      Assistant U.S. Attorney

17                              **ORDER**

18     **IT IS SO ORDERED.**

19  Dated: May 3, 2011

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip/Order/III/Thomas Klassy         2