DANIEL BRODERICK Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KLASSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>THOMAS KLASSY,<br><br>          Defendant. | NO. 2:05-cr-00503-MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING UNTIL JUNE 9, 2011<br><br>Date:  June 9, 2011<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

THOMAS KLASSY, by and through his counsel, Daniel J. Broderick, Federal Defender and Monica Knox, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman and Russell Carlberg, Assistant United States Attorneys, hereby stipulate and agree to vacate the currently scheduled date for a sentencing hearing on May 26, 2011, and schedule that hearing for June 9, 2011, at 9:00 a.m.

Counsel for both parties have been actively involved in attempting to reach a stipulation and agreement regarding Mr. Klassy's sentence. Unfortunately, no final agreement was reached.

///

1  Mr. Klassy's counsel needs additional time to gather information
2  relative to sentencing and  to prepare and file a sentencing memo with
3  the court.

4  Date:  May 25, 2011                    Respectfully submitted,

6                                         /s/ Daniel J. Broderick
                                          DANIEL J. BRODERICK
                                          Federal Defender
7                                         MONICA KNOX
                                          Assistant Federal Defender
8                                         Attorneys for Defendant
                                          THOMAS KLASSY

10 Dated: May 25, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

12                                        /s/ Matthew Stegman
                                          MATTHEW STEGMAN
13                                        Assistant U.S. Attorney

15                                **ORDER**

16 **IT IS SO ORDERED.**

17  Dated: May 31, 2011

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

Stip/Order/Thomas Klassy                  2